UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-372-FDW-DSC

| | |
|---|---|
| CHARLES BEACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Remand Action to State Court. (Doc. No. 7). On August 4, 2017, Defendant notified the Court that it does not oppose Plaintiff's motion. (Doc. No. 10).

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Remand Action to State Court (Doc. No. 7) is GRANTED.

The Clerk's Office is respectfully directed to remand this action to state court and close this case.

IT IS SO ORDERED.

Signed: August 10, 2017

Frank D. Whitney
Chief United States District Judge